**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s)**: 15-1407      **Caption [use short title]**

**Motion for**: Stay of Appeal Due to Settlement

Set forth below precise, complete statement of relief sought:

Stay of appeal while class action settlement is presented to district court for approval pursuant to Federal Civil Procedure Rule 23.

**MOVING PARTY**: Adam Berskon     **OPPOSING PARTY**: GOGO LLC
☑ Plaintiff    ☐ Defendant
☐ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY**: Michael R. Reese     **OPPOSING ATTORNEY**: Anthony J. Laura
[name of attorney, with firm, address, phone number and e-mail]

Reese LLP      Epstein Becker Green LLP
875 Avenue of the Americas, 18th Floor      One Gateway Center
New York, New York 10001      Newark, New Jersey 07102

**Court-Judge/Agency appealed from**: Eastern District of New York; the Hon. Jack B. Weinstein

**Please check appropriate boxes**:     **FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL**:

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain):

Has request for relief been made below? ☐ Yes ☑ No
Has this relief been previously sought in this Court? ☑ Yes ☐ No
Requested return date and explanation of emergency:
July 31, 2015 - deadline for opening brief.
Parties have agreed on settlement terms.
It would be inefficient to spend time on on appeal given class action settlement.

Opposing counsel's position on motion:
☐ Unopposed   ☑ Opposed   ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes   ☐ No   ☑ Don't Know

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No If yes, enter date:

**Signature of Moving Attorney**:
/s/ Michael R. Reese    **Date**: July 30, 2015    **Service by**: ☑ CM/ECF   ☐ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)

# 15-1407

───────────────────────────────

## United States Court of Appeals

## for the Second Circuit

───────────────────────────

ADAM BERKSON, et al.

                                      Appellees-Respondents,

v.

GOGO LLC, et al.

                                      Appellants-Movants.

───────────────────

On Appeal from the United States District Court
for the Eastern District of New York
No. 14-1199 (JBW)(LB)

─────────────────────────────────────────────────────────

**APPELLEES- RESPONDENTS' EMERGENCY MOTION FOR A STAY PENDING APPEAL DUE TO SETTLEMENT**

─────────────────────────────────────────────────────────

                                        Michael R. Reese
                                        **REESE LLP**
                                        875 Avenue of the Americas, 18th Floor
                                        New York, New York 10001
                                        Telephone: (212) 643-0500
                                        Email: *mreese@reeellp.com*

                                        *Attorneys for Appellees-Respondents*
                                        *Adam Berkson and Kerry Welsh*

Plaintiffs Adam Berkson and Kerry Welsh (together, "Respondents") respectfully submit the following in support of an emergency motion for a stay of the appeal of defendants Gogo LLC and Gogo Inc. (together, "Gogo" or "Movants").

## ARGUMENT

The parties recently held two full day mediation sessions with a professional mediator. After the second session, the Parties reached agreement on terms for a class action settlement.

Since the settlement is a class action settlement, it is subject to preliminary and final approval by the district court pursuant to Federal Civil Procedure Rule 23. The parties are working on drafting settlement papers, as well as other tasks associated with the settlement, such as selecting a claims administrator.

If the settlement is granted final approval the appeal in this matter would be dismissed as moot. Accordingly, it would be inefficient and a waste of judicial resources to have the appeal proceed at this juncture. It would also serve as a distraction for the parties working on the settlement papers and presenting the settlement to district court for approval. Accordingly, the appeal should be stayed.

## CONCLUSION

For the foregoing reasons, the Court should grant Plaintiff's Emergency Motion for a Stay of the Appeal.

Date: July 30, 2015

Respectfully submitted,

By: _/s/ Michael R. Reese_
Michael R. Reese
*mreese@reesellp.com*
**REESE LLP**
875 Avenue of the Americas, 18th Floor
New York, New York 10001

*Counsel for Respondents*

1

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 30, 2015, I caused the foregoing document to be electronically filed via the Court's CM/ECF system, which caused electronic copies to be served on all counsel of record.

                                                */s/ Michael R. Reese*
                                                Michael R. Reese