# REESE LLP

August 28, 2015

**Via CM/ECF**

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    Plaintiffs-Appellees' Request Pursuant to Second Circuit Local Rule 33.1(b) for Referral of Action to the Second Circuit's Mediation Office
*Berkson v. Gogo LLC et al.*, No. 15-1407 (2d Cir.)
District Court No. 1:14-cv-01199-JBW-LB (E.D.N.Y.)

Dear Ms. Wolfe,

    I represent plaintiffs-appellees Adam Berkson and Kerry Welsh in the above-referenced action.

    Pursuant to Federal Appellate Procedure Rule 33 and the Second Circuit's Local Rule 33.1(b), plaintiffs-appellees Adam Berkson and Kerry Welsh hereby respectfully request referral of the above-referenced action to the Second Circuit's Mediation Office

    Respectfully submitted,

    */s/ Michael Reese*

Michael R. Reese
*mreese@reesellp.com*
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, New York 10001
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

Cc:    All counsel of record, via CM/ECF